# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**VICTOR MICHAEL MATICHKO, JR., and**<br>**MARYSSA ANNE MATICHKO,**<br>      Debtors, | No. 18-24578-JAD<br><br>Chapter 13<br><br>Document No.<br><br>Related to Doc. No. 23<br><br>Motion No. WO-1 |
| **VICTOR MICHAEL MATICHKO, JR.,**<br>      Movant,<br><br>-vs-<br><br>**UNIVERSAL PRESSURE PUMPING, INC.**<br>      Respondent. | |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment** filed on December 10, 2018, and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on December 11, 2018:

> Universal Pressure Pumping, Inc.
> 6 Desta Drive, Suite 4400
> Midland, TX 79705

Respectfully submitted:
SCHIMIZZI LAW, LLC

Date: December 11, 2018        BY:    /s/Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D. 307432

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com