IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>VICTOR MICHAEL MATICHKO, JR., and )<br>MARYSSA ANNE MATICHKO, )<br>    Debtors, )<br>  )<br>_____ )<br>  )<br>VICTOR MICHAEL MATICHKO, JR., and )<br>MARYSSA ANNE MATICHKO, )<br>    Movants, )<br>  )<br>  -vs- )<br>  )<br>ABERCROMBIE AND FITCH – COMENITY BANK, )<br>ACCEPTANCE NOW, ALLY FINANCIAL, )<br>BARCLAYS BANK, BEST BUY – CBNA, )<br>CAPITAL ONE, )<br>CAPITAL ONE AUTO FINANCE, )<br>CAPITAL ONE BANK, USA, NA, )<br>CARECREDIT – SYNCHRONY BANK, )<br>CCB/CHLDPLCE, CELTIC BANK CORP., )<br>CLEARVIEW FCU, )<br>CONTINENTAL FINANCIAL CO., )<br>CREDIT ONE BANK, )<br>DISCOVER FINANCIAL SERVICES, )<br>FEDLOAN SERVICING, FINGERHUT/WEBBANK, )<br>FIRST FEDERAL CREDIT CONTROL, )<br>FIRST PREMIER BANK, FLAGSTAR BANK, )<br>GETTINGTON – WEBBANK, )<br>KEITH GJEBRE, DMD, )<br>PETLAND – COMENITY CAPITAL )<br>PROGRESSIVE INSURANCE, )<br>SECURITY CREDIT SERVICES, TBOM/CONTFIN, )<br>TIMOTHY RUFFNER, )<br>VERIZON, VERIZON WIRELESS, )<br>VICTORIA SECRET – COMENITY BANK, )<br>    Respondents. ) | No. 18-24578-JAD<br><br>Chapter 13<br><br>Doc. No. 18<br><br>Related to Doc. No.<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Response Deadline: |

**ORDER OF COURT**

    AND NOW, to wit, this __3rd__ day of __January 2019__, ~~2018~~, upon consideration of the Debtors' Motion to Extend the Automatic Stay, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case was commenced in good faith, and

1

accordingly, the Motion is **GRANTED**. The automatic stay pursuant to 11 U.S.C. § 362 is extended as to all creditors. The automatic stay shall remain in effect until further Order of Court or until it terminates by operation of law. This Order shall not preclude a creditor from filing a subsequent motion seeking relief from the automatic stay as appropriate. The relief is granted effective immediately upon entry of this Order and shall not be subject to any stay.

    IT IS FURTHER ORDERED that Debtors' counsel shall serve a copy of this Order on all interested parties within three days from the entry of this Order.

BY THE COURT:

_jsf_

JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
1/3/19 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24578-JAD
Victor Michael Matichko, Jr.                                            Chapter 13
Maryssa Anne Matichko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 1            Date Rcvd: Jan 03, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db/jdb        Victor Michael Matichko, Jr.,    Maryssa Anne Matichko,    130 Winfield Cir,
              Greensburg, PA  15601-6754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Victor Michael Matichko, Jr. mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5