Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–24578–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Victor Michael Matichko Jr. | Maryssa Anne Matichko |
| 130 Winfield Cir | 130 Winfield Cir |
| Greensburg, PA 15601–6754 | Greensburg, PA 15601–6754 |

Social Security No.:
    xxx–xx–6648                 xxx–xx–4035

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Matthew R. Schimizzi
Schimizzi Law, LLC
35 West Pittsburgh Street
Greensburg, PA 15601
Telephone number:  724–838–9722

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
February 25, 2019
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
February 25, 2019
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/16/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-24578-JAD
Victor Michael Matichko, Jr.,                                               Chapter 13
Maryssa Anne Matichko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 2            Date Rcvd: Jan 16, 2019
                            Form ID: rsc13          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
```
db/jdb       Victor Michael Matichko, Jr.,   Maryssa Anne Matichko,   130 Winfield Cir,
             Greensburg, PA  15601-6754
14955294     Abercrombie and Fitch - Comenity Bank,   PO Box 182789,   Columbus, OH  43218-2789
14955297     Barclays Bank,   PO Box 8803,   Wilmington, DE  19899-8803
14955298     Best Buy - CBNA,   PO Box 6497,   Sioux Falls, SD  57117-6497
14955299    ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
             (address filed with court:  Caine & Weiner,   PO Box 55848,   Sherman Oaks, CA  91413-0848)
14955301     Capital One Auto Finance,   PO Box 259407,   Plano, TX  75025-9407
14955306     Clearview FCU,   PO Box 1289,   Coraopolis, PA  15108
14955309    +Continental Financial Co,   4550 New Linden Hill Rd,   Wilmington, DE 19808-2930
14955313     Fedloan Servicing,   PO Box 60610,   Harrisburg, PA  17106-0610
14955315    +First Federal Credit Control,   24700 Chagrin Blvd # 205,   Cleveland, OH 44122-5662
14955317     First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD  57107-0145
14955316     First Premier Bank,   PO Box 5529,   Sioux Falls, SD  57117-5529
14955320     Keith Gjebre, DMD,   510 Pellis Rd # 102,   Greensburg, PA  15601-4583
14976741    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14955322    +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
14955323     Security Credit Services,   306 Enterprise Dr,   Oxford, MS  38655-2762
14955324     TBOM/CONTFIN,   PO Box 8099,   Newark, DE  19714-8099
14955325     Tempoe LLC,   1750 Elm St Ste 1200,   Manchester, NH  03104-2907
14955326     Timothy Ruffner,   303 Sycamore St,   Vandergrift, PA  15690-1427
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2019 04:47:35    Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 05:02:43
             Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
14955295     E-mail/Text: bankruptcy@rentacenter.com Jan 17 2019 04:49:21    Acceptance Now,
             5501 Headquarters Dr,   Plano, TX  75024-5837
14955296     E-mail/Text: ally@ebn.phinsolutions.com Jan 17 2019 04:46:56    Ally Financial,
             PO Box 380901,   Bloomington, MN  55438-0901
14972220    +E-mail/Text: bnc@atlasacq.com Jan 17 2019 04:46:58    Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
14955304     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2019 04:47:15    CCB/CHLDPLCE,
             PO Box 182120,   Columbus, OH  43218-2120
14955300     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 05:03:02    Capital One,
             PO Box 30281,   Salt Lake City, UT  84130-0281
14964778    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 05:02:43
             Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
14971204     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 05:02:40
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14955302     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 05:03:26
             Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT  84130-0281
14955303     E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45    CareCredit - Synchrony Bank,
             PO Box 965036,   Orlando, FL 32896-5036
14955305     E-mail/Text: bzerns@celticbank.com Jan 17 2019 04:49:28    Celtic Bank Corp,
             268 S State St Ste 300,   Salt Lake City, UT  84111-5314
14955307     E-mail/Text: bankruptcy@clearviewfcu.org Jan 17 2019 04:48:07    Clearview FCU,
             8805 University Blvd,   Coraopolis, PA  15108-4212
14955308     E-mail/Text: bankruptcy@clearviewfcu.org Jan 17 2019 04:48:07    Clearview FCU,
             8805 University Blvd,   Moon Township, PA  15108-4212
14955310     E-mail/Text: ccusa@ccuhome.com Jan 17 2019 04:46:55    Credit Collections USA,
             16 Distributor Dr Ste 1,   Morgantown, WV  26501-7209
14955311     E-mail/PDF: creditonebknotifications@resurgent.com Jan 17 2019 05:03:09    Credit One Bank,
             PO Box 98872,   Las Vegas, NV  89193-8872
14955312     E-mail/Text: mrdiscen@discover.com Jan 17 2019 04:46:57    Discover Financial Services,
             PO Box 15316,   Wilmington, DE  19850-5316
14955314     E-mail/Text: bnc-bluestem@quantum3group.com Jan 17 2019 04:48:56    Fingerhut - Webbank,
             6250 Ridgewood Rd,   Saint Cloud, MN  56395-2001
14955318     E-mail/Text: cashiering-administrationservices@flagstar.com Jan 17 2019 04:48:57
             Flagstar Bank,   5151 Corporate Dr,   Troy, MI  48098-2639
14955319     E-mail/Text: bnc-bluestem@quantum3group.com Jan 17 2019 04:48:56    Gettington - Webbank,
             6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
14966100     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2019 05:02:47    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14973348     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2019 05:14:00
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14956467    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2019 05:14:00
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0315-2          User: mgut              Page 2 of 2           Date Rcvd: Jan 16, 2019
                              Form ID: rsc13          Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14955321          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2019 04:47:15      Petland - Comenity Capital,
                  PO Box 182120,   Columbus, OH  43218-2120
14967374         +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 17 2019 04:48:31      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14960338          E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2019 04:47:26
                  Quantum3 Group LLC as agent for,  Sadino Funding LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
14960337          E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2019 04:47:26
                  Quantum3 Group LLC as agent for,  MOMA Funding LLC,   PO Box 788,  Kirkland, WA  98083-0788
14955327          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 04:46:49
                  Verizon,   500 Technology Dr # 300,  Weldon Spring, MO  63304-2225
14955328          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 04:46:49
                  Verizon,   500 Technology Dr,  Weldon Spring, MO  63304-2225
14955329          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 04:46:49
                  Verizon Wireless,   PO Box 26055,  Minneapolis, MN  55426-0055
14955330          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2019 04:47:15
                  Victoria Secret - Comenity Bank,   PO Box 182789,  Columbus, OH  43218-2789
                                                                                  TOTAL: 31

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                FLAGSTAR BANK, FSB
cr*              +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
cr*              +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14973050*        +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                     TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
          Matthew R. Schimizzi    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
          Matthew R. Schimizzi    on behalf of Debtor Victor Michael Matichko, Jr. mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.org
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                               TOTAL: 6
```