**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−24578−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Victor Michael Matichko Jr. | Maryssa Anne Matichko |
| 130 Winfield Cir | 130 Winfield Cir |
| Greensburg, PA 15601−6754 | Greensburg, PA 15601−6754 |

Social Security No.:
xxx−xx−6648                                                               xxx−xx−4035

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Matthew R. Schimizzi | Ronda J. Winnecour |
| Schimizzi Law, LLC | Suite 3250, USX Tower |
| 35 West Pittsburgh Street | 600 Grant Street |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| Telephone number: 724−838−9722 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| March 25, 2019 | March 25, 2019 |
| 03:00 PM | 03:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/28/19                                                              BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                 Case No. 18-24578-JAD
Victor Michael Matichko, Jr.                                                           Chapter 13
Maryssa Anne Matichko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: mgut                    Page 1 of 3                    Date Rcvd: Feb 28, 2019
                                  Form ID: rsc13                Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb         Victor Michael Matichko, Jr.,    Maryssa Anne Matichko,    130 Winfield Cir,
                Greensburg, PA 15601-6754
14955297       Barclays Bank,    PO Box 8803,   Wilmington, DE 19899-8803
14955298       Best Buy - CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14955299      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    PO Box 55848,   Sherman Oaks, CA 91413-0848)
14955301       Capital One Auto Finance,    PO Box 259407,   Plano, TX 75025-9407
14989842      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14955306       Clearview FCU,    PO Box 1289,    Coraopolis, PA 15108
14955309      +Continental Financial Co,    4550 New Linden Hill Rd,    Wilmington, DE 19808-2930
14955313       Fedloan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
14955315      +First Federal Credit Control,    24700 Chagrin Blvd # 205,   Cleveland, OH 44122-5662
14955317       First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14955316       First Premier Bank,    PO Box 5529,   Sioux Falls, SD 57117-5529
14955320       Keith Gjebre, DMD,    510 Pellis Rd # 102,   Greensburg, PA 15601-4583
14976741      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14955322      +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14955323       Security Credit Services,    306 Enterprise Dr,   Oxford, MS 38655-2762
14955324       TBOM/CONTFIN,    PO Box 8099,   Newark, DE 19714-8099
14955325       Tempoe LLC,    1750 Elm St Ste 1200,    Manchester, NH 03104-2907
14955326       Timothy Ruffner,    303 Sycamore St,   Vandergrift, PA 15690-1427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2019 03:01:42      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 01 2019 03:15:51
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
14955294       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:29
                Abercrombie and Fitch - Comenity Bank,    PO Box 182789,   Columbus, OH 43218-2789
14955295       E-mail/Text: bankruptcy@rentacenter.com Mar 01 2019 03:02:46      Acceptance Now,
                5501 Headquarters Dr,    Plano, TX 75024-5837
14955296       E-mail/Text: ally@ebn.phinsolutions.com Mar 01 2019 03:01:15      Ally Financial,
                PO Box 380901,    Bloomington, MN 55438-0901
14972220      +E-mail/Text: bnc@atlasacq.com Mar 01 2019 03:01:17      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
14955304       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:28      CCB/CHLDPLCE,
                PO Box 182120,    Columbus, OH 43218-2120
14955300       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:16:30      Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
14964778      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 01 2019 03:17:18
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
14971204       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:16:29
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14955302       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:17:15
                Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
14955303       E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:15:43      CareCredit - Synchrony Bank,
                PO Box 965036,    Orlando, FL 32896-5036
14955305       E-mail/Text: bzern@celticbank.com Mar 01 2019 03:02:48      Celtic Bank Corp,
                268 S State St Ste 300,    Salt Lake City, UT 84111-5314
14955307       E-mail/Text: bankruptcy@clearviewfcu.org Mar 01 2019 03:01:55      Clearview FCU,
                8805 University Blvd,    Coraopolis, PA 15108-4212
14955308       E-mail/Text: bankruptcy@clearviewfcu.org Mar 01 2019 03:01:55      Clearview FCU,
                8805 University Blvd,    Moon Township, PA 15108-4212
14955310       E-mail/Text: ccusa@ccuhome.com Mar 01 2019 03:01:14      Credit Collections USA,
                16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14955311       E-mail/PDF: creditonebknotifications@resurgent.com Mar 01 2019 03:15:54      Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
14955312       E-mail/Text: mrdiscen@discover.com Mar 01 2019 03:01:16      Discover Financial Services,
                PO Box 15316,    Wilmington, DE 19850-5316
14989320       E-mail/Text: cashiering-administrationservices@flagstar.com Mar 01 2019 03:02:28
                Flagstar Bank, FSB,    5151 Corporate Drive,   Troy, MI 48098
14955314       E-mail/Text: bnc-bluestem@quantum3group.com Mar 01 2019 03:02:26      Fingerhut - Webbank,
                6250 Ridgewood Rd,    Saint Cloud, MN 56395-2001
14955318       E-mail/Text: cashiering-administrationservices@flagstar.com Mar 01 2019 03:02:28
                Flagstar Bank,    5151 Corporate Dr,   Troy, MI 48098-2639
14955319       E-mail/Text: bnc-bluestem@quantum3group.com Mar 01 2019 03:02:26      Gettington - Webbank,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14966100       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2019 03:16:44      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587

```
District/off: 0315-2           User: mgut                  Page 2 of 3                   Date Rcvd: Feb 28, 2019
                               Form ID: rsc13              Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14994750       +E-mail/Text: ecfbankruptcy@progleasing.com Mar 01 2019 03:02:07     NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
14990318        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 03:15:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14973348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 03:17:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14956467       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 03:17:17
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14955321        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:28     Petland - Comenity Capital,
                 PO Box 182120,    Columbus, OH  43218-2120
14967374       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 01 2019 03:02:12     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
14984830        E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2019 03:01:37
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14984829        E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2019 03:01:37
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14960338        E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2019 03:01:38
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14960337        E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2019 03:01:37
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14989760       +E-mail/Text: bncmail@w-legal.com Mar 01 2019 03:02:09     Scolopax, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14955327        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 01 2019 03:01:10
                 Verizon,    500 Technology Dr # 300,    Weldon Spring, MO  63304-2225
14983966        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2019 03:17:49     Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14955328        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 01 2019 03:01:10
                 Verizon,    500 Technology Dr,    Weldon Spring, MO  63304-2225
14955329        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 01 2019 03:01:11
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN  55426-0055
14955330        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:29
                 Victoria Secret - Comenity Bank,    PO Box 182789,    Columbus, OH  43218-2789
                                                                                              TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FLAGSTAR BANK, FSB
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14973050*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                        TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Victor Michael Matichko, Jr. mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: mgut                Page 3 of 3               Date Rcvd: Feb 28, 2019
                              Form ID: rsc13            Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                TOTAL: 6