Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Victor Michael Matichko Jr.
Maryssa Anne Matichko**
  Debtor(s)

Bankruptcy Case No.: 18–24578–JAD
Issued Per Mar. 25, 2019 Proceeding
Chapter: 13
Docket No.: 43 – 6
Concil. Conf.: June 13, 2019 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 27, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 13, 2019 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Flagstar Bank FSB at Claim No. 28 .

☑ H. Additional Terms: The secured claim of Capital One Auto Finance at Claim No. 6 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 28, 2019

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                         Case No. 18-24578-JAD
Victor Michael Matichko, Jr.                                   Chapter 13
Maryssa Anne Matichko
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2            Date Rcvd: Mar 28, 2019
                              Form ID: 149                Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db/jdb         Victor Michael Matichko, Jr.,    Maryssa Anne Matichko,    130 Winfield Cir,
                 Greensburg, PA 15601-6754
14955297       Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
14955298       Best Buy - CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14955299      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413-0848)
14955301       Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
14989842      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14955306       Clearview FCU,    PO Box 1289,    Coraopolis, PA 15108
14955309      +Continental Financial Co,    4550 New Linden Hill Rd,    Wilmington, DE 19808-2930
14955313       Fedloan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
14955315      +First Federal Credit Control,    24700 Chagrin Blvd # 205,    Cleveland, OH 44122-5662
14955317       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14955316       First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
14955320       Keith Gjebre, DMD,    510 Pellis Rd # 102,    Greensburg, PA 15601-4583
14976741      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14955322      +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14955323       Security Credit Services,    306 Enterprise Dr,    Oxford, MS 38655-2762
14955324       TBOM/CONTFIN,    PO Box 8099,    Newark, DE 19714-8099
14955325       Tempoe LLC,    1750 Elm St Ste 1200,    Manchester, NH 03104-2907
14955326       Timothy Ruffner,    303 Sycamore St,    Vandergrift, PA 15690-1427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 29 2019 02:43:40
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14955294       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 02:37:13
                 Abercrombie and Fitch - Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14955295       E-mail/Text: bankruptcy@rentacenter.com Mar 29 2019 02:38:28       Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
14955296       E-mail/Text: ally@ebn.phinsolutions.com Mar 29 2019 02:36:50       Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
14972220      +E-mail/Text: bnc@atlasacq.com Mar 29 2019 02:36:53       Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14955304       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 02:37:12       CCB/CHLDPLCE,
                 PO Box 182120,    Columbus, OH 43218-2120
14955300       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 02:43:19       Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14964778      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 29 2019 02:43:40
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
14971204       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 02:44:04
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14955302       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 02:43:39
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14955303       E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:43:16       CareCredit - Synchrony Bank,
                 PO Box 965036,    Orlando, FL 32896-5036
14955305       E-mail/Text: bzern@celticbank.com Mar 29 2019 02:38:32       Celtic Bank Corp,
                 268 S State St Ste 300,    Salt Lake City, UT 84111-5314
14955307       E-mail/Text: bankruptcy@clearviewfcu.org Mar 29 2019 02:37:37       Clearview FCU,
                 8805 University Blvd,    Coraopolis, PA 15108-4212
14955308       E-mail/Text: bankruptcy@clearviewfcu.org Mar 29 2019 02:37:37       Clearview FCU,
                 8805 University Blvd,    Moon Township, PA 15108-4212
14955310       E-mail/Text: ccusa@ccuhome.com Mar 29 2019 02:36:49       Credit Collections USA,
                 16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14955311       E-mail/PDF: creditonebknotifications@resurgent.com Mar 29 2019 02:44:08       Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14955312       E-mail/Text: mrdiscen@discover.com Mar 29 2019 02:36:51       Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
14989320       E-mail/Text: cashiering-administrationservices@flagstar.com Mar 29 2019 02:38:08
                 Flagstar Bank, FSB,    5151 Corporate Drive,    Troy, MI 48098
14955314       E-mail/Text: bnc-bluestem@quantum3group.com Mar 29 2019 02:38:07       Fingerhut - Webbank,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56395-2001
14955318       E-mail/Text: cashiering-administrationservices@flagstar.com Mar 29 2019 02:38:08
                 Flagstar Bank,    5151 Corporate Dr,    Troy, MI 48098-2639
14955319       E-mail/Text: bnc-bluestem@quantum3group.com Mar 29 2019 02:38:07       Gettington - Webbank,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14966100       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 02:43:43       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14994750      +E-mail/Text: ecfbankruptcy@progleasing.com Mar 29 2019 02:37:48       NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
14990318       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 02:43:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2          User: jhel              Page 2 of 2               Date Rcvd: Mar 28, 2019
                              Form ID: 149            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14973348       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 02:44:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14956467      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 02:55:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14955321       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 02:37:13       Petland - Comenity Capital,
                 PO Box 182120,   Columbus, OH 43218-2120
14967374      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 02:37:55       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14984830       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 02:37:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14984829       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 02:37:15
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
14960338       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 02:37:16
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14960337       E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 02:37:15
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14989760      +E-mail/Text: bncmail@w-legal.com Mar 29 2019 02:37:50      Scolopax, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14955327       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 02:36:45
                 Verizon,   500 Technology Dr # 300,    Weldon Spring, MO 63304-2225
14983966       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 02:43:44        Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14955328       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 02:36:45
                 Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
14955329       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 02:36:45
                 Verizon Wireless,   PO Box 26055,    Minneapolis, MN 55426-0055
14955330       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 02:37:13
                 Victoria Secret - Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             FLAGSTAR BANK, FSB
cr*           +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14973050*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                      TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Victor Michael Matichko, Jr. mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```