**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**VICTOR MICHAEL MATICHKO, JR.** and<br>**MARYSSA ANNE MATICHKO,**<br>Debtors, | )<br>)<br>)  No. 18-24578-JAD<br>)<br>)  Chapter 13<br>)<br>)  Doc. No.<br>) |
| **VICTOR MICHAEL MATICHKO, JR.** and<br>**MARYSSA ANNE MATICHKO,**<br>Movants,<br><br>-vs-<br><br>**RONDA J. WINNECOUR, TRUSTEE,**<br>Respondent. | )  Related to Doc. Nos. 48 & 49<br>)<br>)  Hearing Date:  December 13, 2019<br>)<br>)  Hearing Time:  11:00 AM<br>)<br>)<br>) |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR
AUTHORIZATION TO OBTAIN POST-PETITION VEHICLE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Motion for Authorization to Obtain Post-Petition Vehicle Financing** filed on November 14, 2019 at document number 48 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 2, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                              Respectfully submitted:

                                              SCHIMIZZI LAW ASSOCIATES

Dated: December 3, 2019        By:    /s/ Matthew R. Schimizzi
                                                         Matthew R. Schimizzi, Esquire
                                                         Counsel for Debtors
                                                         PA I.D.:  307432

                                                         Keystone Commons
                                                         35 West Pittsburgh Street
                                                         Greensburg, PA 15601
                                                         Phone:  (724) 838-9722
                                                         Fax:    (724) 837-7868
                                                         Email: mrs@schimizzilaw.com

**PAWB Local Form 25 (07/13)**