# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | |
| MARYSSA ANNE MATICHKO, ) | No. 18-24578-JAD |
|     Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| ) | Doc. No. 48 |
| ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | Related to Doc. No. |
| MARYSSA ANNE MATICHKO, ) | |
|     Movants, ) | Hearing Date: December 13, 2019 |
| ) | |
|   -vs- ) | Hearing Time: 11:00 AM |
| ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
|     Respondent. ) | |

## ORDER OF COURT

AND NOW, to wit, this __6th__ day of __December__, 2019, upon consideration of Debtors' Motion for Authorization to Obtain Post-Petition Vehicle Financing, and all responses thereto, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Debtors' motion is **granted**. Debtors are authorized to obtain post-petition financing for the purchase or lease of a vehicle, the monthly payment of which shall not exceed $350.00. IT IS FURTHER ORDERED that the Debtors shall file an amended Chapter 13 Plan to incorporate the new vehicle payment. IT IS FURTHER ORDERED that the Debtors shall file a report regarding the financing within 14 days of the closing date of the loan. In the event the loan does not close within 60 days from the date of this Order, the Debtors shall file a status report to indicate whether they continue to seek financing or whether they have abandoned their efforts.

BY THE COURT:

FILED
12/6/19 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-24578-JAD
Victor Michael Matichko, Jr.                                                            Chapter 13
Maryssa Anne Matichko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Dec 06, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db/jdb         Victor Michael Matichko, Jr.,    Maryssa Anne Matichko,    130 Winfield Cir,
                 Greensburg, PA 15601-6754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Victor Michael Matichko, Jr. mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6