# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | |
| MARYSSA ANNE MATICHKO, ) | No. 18-24578-JAD |
| Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| ) | Doc. No. |
| ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | Related to Doc. No. 52 |
| MARYSSA ANNE MATICHKO, ) | |
| Movants, ) | |
| ) | |
| -vs- ) | |
| ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| Respondent. ) | |

## STATUS REPORT REGARDING
## DEBTORS' POST-PETITION VEHICLE FINANCING

AND NOW, come Debtors, Victor Michael Matichko, Jr., and Maryssa Anne Matichko, by and through counsel, Matthew R. Schimizzi, Esquire and Schimizzi Law, LLC, and files the following status report regarding their post-petition vehicle financing:

1. By Order dated December 6, 2019, this Honorable Court authorized Debtors to obtain post-petition financing for the purchase of a vehicle.

2. Since that time, Debtors have attempted to purchase a vehicle, but have been unable to locate a dealer who can provide financing.

3. Debtors will continue to seek financing.

4. A report will be filed within 14 days of closing in the event Debtors purchase a vehicle.

5. In the event Debtors are unable to obtain financing within the next 30 days, a second status report will be filed with this Court.

Respectfully submitted:

Date: February 5, 2020

/s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtors
PA I.D. 307432
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com