IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | |
| MARYSSA ANNE MATICHKO, ) | No. 18-24578-JAD |
|     Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| _____ ) | Doc. No. |
| ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | Related to Doc. No. |
| MARYSSA ANNE MATICHKO, ) | |
|     Movants, ) | |
| ) | |
|     -vs- ) | |
| ) | |
| FLAGSTAR BANK, FSB, and ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
|     Respondents. ) | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED JANUARY 31, 2020

AND NOW, come Debtors, Victor Michael Matichko, Jr., and Maryssa Anne Matichko, by and through counsel, Matthew R. Schimizzi, Esquire and Schimizzi Law, LLC, and files the following Declaration regarding the Notice of Mortgage Payment Change filed by Flagstar Bank, FSB, on January 31, 2020:

1.  Respondent, Flagstar Bank, FSB, filed a Notice of Mortgage Payment Change on January 31, 2020, pursuant to which Debtors' monthly mortgage payment will increase from $993.97 to $1,000.90, effective March 1, 2020.

2.  Being filed contemporaneously with this Declaration is a motion to increase the current wage attachment order so that an additional $7.00 will be withheld by Debtor's employer and remitted to the Trustee to accommodate the mortgage payment change.

3.  As a result of the proposed increase in Debtor's wage attachment, Debtors' monthly Plan payment will be sufficient to fully fund their Plan.

                                          Respectfully submitted:

Dated:  February 5, 2020                /s/ Matthew R. Schimizzi
                                                            Matthew R. Schimizzi, Esquire
                                                            Counsel for Debtors
                                                            PA I.D. 307432
                                                            35 W. Pittsburgh St.
                                                           Greensburg, PA 15601
                                                           Phone: (724) 838-9722
                                                           Fax:    (724) 837-7868
                                                           Email: mrs@schimizzilaw.com