# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**VICTOR MICHAEL MATICHKO, JR., and**<br>**MARYSSA ANNE MATICHKO,**<br>    Debtors, | **No. 18-24578-JAD**<br><br>**Chapter 13**<br><br>**Document No.** |
| **VICTOR MICHAEL MATICHKO, JR.,**<br>    Movant, | **Related to Doc. No. 57** |
| -vs- | **Motion No. WO-1** |
| **UNIVERSAL PRESSURE PUMPING, INC.**<br>    Respondent. | |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to First Amended Wage Attachment** filed on February 6, 2020, and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on February 6, 2020:

>Universal Pressure Pumping, Inc.
>6 Desta Drive, Suite 4400
>Midland, TX 79705

>Respectfully submitted:
>SCHIMIZZI LAW, LLC

Date: February 6, 2020        BY:    /s/Matthew R. Schimizzi
                                      Matthew R. Schimizzi, Esquire
                                      PA I.D. 307432

                                      Keystone Commons
                                      35 West Pittsburgh Street
                                      Greensburg, PA 15601
                                      Phone: (724) 838-9722
                                      Fax:   (724) 837-7868
                                      Email: mrs@schimizzilaw.com