Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Victor Michael Matichko Jr.
Maryssa Anne Matichko**
    Debtor(s)

Bankruptcy Case No.: 18–24578–JAD

Chapter: 13
Docket No.: 61 – 60
Concil. Conf.: November 12, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 7, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 22, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 23, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-24578-JAD
Victor Michael Matichko, Jr.                                                Chapter 13
Maryssa Anne Matichko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur                Page 1 of 3              Date Rcvd: Aug 24, 2020
                              Form ID: 410              Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
db/jdb          Victor Michael Matichko, Jr.,   Maryssa Anne Matichko,   130 Winfield Cir,
                 Greensburg, PA 15601-6754
14955297        Barclays Bank,   PO Box 8803,   Wilmington, DE 19899-8803
14955298        Best Buy - CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
14955299       ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   PO Box 55848,   Sherman Oaks, CA 91413-0848)
14989842       +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
14955306        Clearview FCU,   PO Box 1289,   Coraopolis, PA 15108
14955309       +Continental Financial Co,   4550 New Linden Hill Rd,   Wilmington, DE 19808-2930
14955313        Fedloan Servicing,   PO Box 60610,   Harrisburg, PA 17106-0610
14955315       +First Federal Credit Control,   24700 Chagrin Blvd # 205,   Cleveland, OH 44122-5662
14955317        First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14955316        First Premier Bank,   PO Box 5529,   Sioux Falls, SD 57117-5529
14955320        Keith Gjebre, DMD,   510 Pellis Rd # 102,   Greensburg, PA 15601-4583
14976741       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14955322       +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
14955323        Security Credit Services,   306 Enterprise Dr,   Oxford, MS 38655-2762
14955324        TBOM/CONTFIN,   PO Box 8099,   Newark, DE 19714-8099
14955325       ++TEMPOE LLC DBA WHY NOT LEASE IT,   ATTN BOB HOLWADEL,   720 EAST PETE ROSE WAY SUITE 400,
                 CINCINNATI OH 45202-3576
                 (address filed with court: Tempoe LLC,   1750 Elm St Ste 1200,   Manchester, NH 03104-2907)
14955326       +Timothy Ruffner,   303 Sycamore St.,   Vandergrift, PA 15690-1427
15033449        U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 25 2020 03:40:19
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14955294        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 25 2020 03:46:21
                 Abercrombie and Fitch - Comenity Bank,   PO Box 182789,   Columbus, OH 43218-2789
14955295        E-mail/Text: bankruptcy@rentacenter.com Aug 25 2020 03:47:09      Acceptance Now,
                 5501 Headquarters Dr,   Plano, TX 75024-5837
14955296        E-mail/Text: ally@ebn.phinsolutions.com Aug 25 2020 03:46:10      Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
14972220       +E-mail/Text: bnc@atlasacq.com Aug 25 2020 03:46:15      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14955304        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 25 2020 03:46:21      CCB/CHLDPLCE,
                 PO Box 182120,   Columbus, OH 43218-2120
14955300        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 25 2020 03:42:00      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
14955301        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 25 2020 03:40:20
                 Capital One Auto Finance,   PO Box 259407,   Plano, TX 75025-9407
14964778       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 25 2020 03:40:19
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
14971204        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 25 2020 03:41:08
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
14955302        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 25 2020 03:40:17
                 Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
14955303        E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2020 03:41:04      CareCredit - Synchrony Bank,
                 PO Box 965036,   Orlando, FL 32896-5036
14955305        E-mail/Text: bzern@celticbank.com Aug 25 2020 03:47:12      Celtic Bank Corp,
                 268 S State St Ste 300,   Salt Lake City, UT 84111-5314
14955307        E-mail/Text: bankruptcy@clearviewfcu.org Aug 25 2020 03:46:44      Clearview FCU,
                 8805 University Blvd,   Coraopolis, PA 15108-4212
14955308        E-mail/Text: bankruptcy@clearviewfcu.org Aug 25 2020 03:46:44      Clearview FCU,
                 8805 University Blvd,   Moon Township, PA 15108-4212
14955310        E-mail/Text: ccusa@ccuhome.com Aug 25 2020 03:46:09      Credit Collections USA,
                 16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14955311        E-mail/PDF: creditonebknotifications@resurgent.com Aug 25 2020 03:40:20      Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
14955312        E-mail/Text: mrdiscen@discover.com Aug 25 2020 03:46:11      Discover Financial Services,
                 PO Box 15316,   Wilmington, DE 19850-5316
14989320        E-mail/Text: cashiering-administrationservices@flagstar.com Aug 25 2020 03:47:01
                 Flagstar Bank, FSB,   5151 Corporate Drive,   Troy, MI 48098
14955314       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 25 2020 03:47:00      Fingerhut - Webbank,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
14955318        E-mail/Text: cashiering-administrationservices@flagstar.com Aug 25 2020 03:47:01
                 Flagstar Bank,   5151 Corporate Dr,   Troy, MI 48098-2639
14955319        E-mail/Text: bnc-bluestem@quantum3group.com Aug 25 2020 03:47:00      Gettington - Webbank,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820

```
District/off: 0315-2           User: jfur                Page 2 of 3                  Date Rcvd: Aug 24, 2020
                               Form ID: 410              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14966100         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2020 03:40:22      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14994750        +E-mail/Text: ecfbankruptcy@progleasing.com Aug 25 2020 03:46:50      NPRTO North-East, LLC,
                  256 West Data Drive,    Draper, UT 84020-2315
14990318         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2020 03:41:11
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14973348         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2020 03:41:11
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14956467        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2020 03:42:03
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14955321         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 25 2020 03:46:21      Petland - Comenity Capital,
                  PO Box 182120,    Columbus, OH 43218-2120
14967374        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2020 03:46:52      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14984830         E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2020 03:46:25
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14984829         E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2020 03:46:25
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA 98083-0788
14960338         E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2020 03:46:25
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
14960337         E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2020 03:46:25
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14989760        +E-mail/Text: bncmail@w-legal.com Aug 25 2020 03:46:51      Scolopax, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14955327         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 25 2020 03:46:06
                  Verizon,    500 Technology Dr # 300,    Weldon Spring, MO 63304-2225
14983966         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 25 2020 03:54:15      Verizon,
                  by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14955328         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 25 2020 03:46:06
                  Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
14955329         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 25 2020 03:46:06
                  Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
14955330         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 25 2020 03:46:21
                  Victoria Secret - Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
                                                                                               TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FLAGSTAR BANK, FSB
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14973050*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

```
District/off: 0315-2          User: jfur                Page 3 of 3              Date Rcvd: Aug 24, 2020
                              Form ID: 410              Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew R. Schimizzi    on behalf of Debtor Victor Michael Matichko, Jr. mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 6