**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: )<br>**VICTOR MICHAEL MATICHKO, JR.** and )<br>**MARYSSA ANNE MATICHKO,** )<br>       Debtors, )<br> )<br> )<br>_____ )<br> )<br>**VICTOR MICHAEL MATICHKO, JR.** and )<br>**MARYSSA ANNE MATICHKO,** )<br>       Movants, )<br> )<br>    -vs- )<br> )<br>**RONDA J. WINNECOUR, TRUSTEE,** )<br>       Respondent. ) | No. 18-24578-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. 52<br><br>Hearing Date: November 13, 2020<br><br>Hearing Time: 11:00 AM |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF DEBTORS TO CONFIRM PRIOR AUTHORIZATION TO OBTAIN POST-PETITION VEHICLE FINANCING**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 27, 2020** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.

Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **November 13, 2020 at 11:00 a.m.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for

Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated of Service: October 9, 2020

/s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtors
PA I.D. 307432
Schimizzi Law, LLC
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com