**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| **VICTOR MICHAEL MATICHKO, JR., and** | ) | |
| **MARYSSA ANNE MATICHKO,** | ) | **No. 18-24578-JAD** |
| Debtors, | ) | |
| | ) | **Chapter 13** |
| _____ | ) | |
| | ) | **Document No.** |
| **VICTOR MICHAEL MATICHKO, JR.,** | ) | |
| Movant, | ) | **Related to Doc. No. 71** |
| | ) | |
| -vs- | ) | **Motion No.  WO-1** |
| | ) | |
| **BADGER DAYLIGHTING CORP.,** | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment** filed on October 13, 2020, and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on October 20, 2020:

Badger Daylighting Corp.
8930 Motorsports Way
Brownsburg, IN 46112

Respectfully submitted:
SCHIMIZZI LAW, LLC

Date: October 20, 2020          BY:    /s/Matthew R. Schimizzi _____
                                       Matthew R. Schimizzi, Esquire
                                       PA I.D. 307432

                                       Keystone Commons
                                       35 West Pittsburgh Street
                                       Greensburg, PA 15601
                                       Phone: (724) 838-9722
                                       Fax:    (724) 837-7868
                                       Email: mrs@schimizzilaw.com