## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| **VICTOR MICHAEL MATICHKO, JR.** and | ) |
| **MARYSSA ANNE MATICHKO,** | )    No. 18-24578-JAD |
| Debtors, | ) |
| | )    Chapter 13 |
| | ) |
| _____ | )    Doc. No. |
| | ) |
| **VICTOR MICHAEL MATICHKO, JR.** and | )    Related to Doc. Nos. 68 & 69 |
| **MARYSSA ANNE MATICHKO,** | ) |
| Movants, | )    Hearing Date:  November 13, 2020 |
| | ) |
| -vs- | )    Hearing Time:  11:00 AM |
| | ) |
| **RONDA J. WINNECOUR, TRUSTEE,** | ) |
| Respondent. | ) |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION TO CONFIRM PRIOR AUTHORIZATION TO OBTAIN POST-PETITION VEHICLE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Motion to Confirm Prior Authorization to Obtain Post-Petition Vehicle Financing** filed on October 8, 2020 at document number 68 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 27, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted:

SCHIMIZZI LAW, LLC

Dated: November 3, 2020         By:    /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtors
PA I.D.:  307432

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone:  (724) 838-9722
Fax:     (724) 837-7868
Email:  mrs@schimizzilaw.com

**PAWB Local Form 25 (07/13)**