**DEFAULT O/E JAD**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | |
| MARYSSA ANNE MATICHKO, ) | No. 18-24578-JAD |
|     Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| _____ ) | Doc. No. 68 |
| ) | |
| VICTOR MICHAEL MATICHKO, JR. and ) | Related to Doc. No. 52 |
| MARYSSA ANNE MATICHKO, ) | |
|     Movants, ) | Hearing Date: November 13, 2020 |
| ) | |
|     -vs- ) | Hearing Time: 11:00 AM |
| ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
|     Respondent. ) | |

### ORDER OF COURT

AND NOW, to wit, this \_\_6th\_\_ day of November, 2020, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtors, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Debtors' motion is **granted**.  The Order of Court dated December 6, 2019 is confirmed insofar that the Debtors are authorized to obtain post-petition vehicle financing for the purchase of a used Jeep Cherokee from Smail Auto Group in Greensburg, PA; provided, however, that the Debtors are authorized to obtain financing in the amount of $12,500.00, for a term of 48 months, at an interest rate of 21% for a monthly payment of $363.00.  IT IS FURTHER ORDERED that the Debtors shall file a report regarding the financing within 14 days of the closing date of the loan.  In the event the loan does not close within 60 days from the date of this Order, Debtors shall file a status report to indicate whether they continue to seek financing or whether they have abandoned their efforts.

BY THE COURT:

FILED
11/6/20 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24578-JAD |
| Victor Michael Matichko, Jr. | Chapter 13 |
| Maryssa Anne Matichko | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 1 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

**Recip ID**   **Recipient Name and Address**
db/jdb   Victor Michael Matichko, Jr., Maryssa Anne Matichko, 130 Winfield Cir, Greensburg, PA 15601-6754

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Debtor Victor Michael Matichko  Jr. mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6