IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>VICTOR MICHAEL MATICHKO, JR., and )<br>MARYSSA ANNE MATICHKO, )<br>    Debtors, )<br>_____ )<br> )<br>VICTOR MICHAEL MATICHKO, JR., )<br>    Movant, )<br> )<br>  -vs- )<br> )<br>BADGER DAYLIGHTING CORP., )<br>    Respondent. ) | No. 18-24578-JAD<br><br>Chapter 13<br><br>Document No. 78<br><br>Related to Doc. No.<br><br>Motion No. WO-1 |

**ORDER TO PAY TRUSTEE PURSUANT TO FIRST AMENDED WAGE ATTACHMENT**

AND NOW, to wit, this __18th__ day of __November__, 2020, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtors, and after consideration of the within Motion for Amended Wage Attachment;

IT IS HEREBY ORDERED and DECREED that Debtor's employer, **Badger Daylighting Corp.**, 8930 Motorsports Way, Brownsburg, IN 46112, shall increase the amount deducted from Debtor's income by **$15.00**, so that the total amount deducted from Debtor's income is **$438.00 weekly** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

BY THE COURT:

FILED
11/18/20 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jsf

JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victor Michael Matichko, Jr.  
Maryssa Anne Matichko  
    Debtor(s)

Case No. 18-24578-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1  
Date Rcvd: Nov 18, 2020     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Victor Michael Matichko, Jr., Maryssa Anne Matichko, 130 Winfield Cir, Greensburg, PA 15601-6754 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Debtor Victor Michael Matichko  Jr. mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6