# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| **VICTOR MICHAEL MATICHKO, JR.,** and ) | |
| **MARYSSA ANNE MATICHKO,** ) | No. 18-24578-JAD |
| Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| ) | Document No. |
| **VICTOR MICHAEL MATICHKO, JR.,** ) | |
| Movant, ) | Related to Doc. No. 79 |
| ) | |
| -vs- ) | Motion No. WO-1 |
| ) | |
| **BADGER DAYLIGHTING CORP.,** ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to First Amended Wage Attachment** filed on November 18, 2020, and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on November 19, 2020:

Badger Daylighting Corp.
8930 Motorsports Way
Brownsburg, IN 46112

Respectfully submitted:
SCHIMIZZI LAW, LLC

Date: November 24, 2020          BY:   /s/Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D. 307432

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:   (724) 837-7868
Email: mrs@schimizzilaw.com