**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: ) | | |
| VICTOR MICHAEL MATICHKO, JR. ) | Case No. 18-24578-JAD | |
| MARYSSA ANNE MATICHKO ) | | |
| Debtors, ) | Chapter 13 | |
| ) | | |
| _____ ) | Doc. No. | |
| ) | | |
| VICTOR MICHAEL MATICHKO, JR. ) | Related to Doc. No. | |
| MARYSSA ANNE MATICHKO ) | | |
| Movant, ) | | |
| ) | | |
| -vs- ) | | |
| ) | | |
| NO RESPONDENTS. ) | | |

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN
PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

Whereas **Victor Michael Matichdo, Jr. and Maryssa Anne Matichko,** ("Debtors") wish to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at **130 Winfield Circle, Greensburg, Westmoreland County, PA**;

Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

Whereas the Trustee consents to the Debtors participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

AND NOW therefore upon the consent of the Debtors and Trustee it is hereby ORDERED:

(1)    The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)    In the event there are any funds distributed as result of the Debtors participation, Debtors shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3) The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

So ORDERED, this _____ day of _____, 2022:

                                                                                     U.S. Bankruptcy Judge

Consented to:


/s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D. 307432
Schimizzi Law, LLC
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com
**Attorney for Debtors**


/s/ Kate DeSimone
Kate DeSimone, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**