**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | |
| **VICTOR MICHAEL MATICHKO, JR.** | ) | **Case No. 18-24578-JAD** |
| **MARYSSA ANNE MATICHKO** | ) | |
| Debtors, | ) | **Chapter 13** |
| | ) | |
| _____ | ) | **Doc. No.** |
| | ) | |
| **VICTOR MICHAEL MATICHKO, JR.** | ) | **Related to Doc. No.**  88 |
| **MARYSSA ANNE MATICHKO** | ) | |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **NO RESPONDENTS.** | ) | |

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN**
**PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

Whereas **Victor Michael Matichko, Jr. and Maryssa Anne Matichko,** ("Debtors") wish to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at **130 Winfield Circle, Greensburg, Westmoreland County, PA**;

Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

Whereas the Trustee consents to the Debtors participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

AND NOW therefore upon the consent of the Debtors and Trustee it is hereby ORDERED:

(1)       The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)       In the event there are any funds distributed as result of the Debtors participation, Debtors shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3)        The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

So ORDERED, this __16th__ day of _____June_____, 2022:

_____
U.S. Bankruptcy Judge
Jeffery A. Deller

Consented to:

/s/ Matthew R. Schimizzi_____
Matthew R. Schimizzi, Esquire
PA I.D. 307432
Schimizzi Law, LLC
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com
**Attorney for Debtors**

FILED
6/16/22 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Kate DeSimone_____
Kate DeSimone, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                     Case No. 18-24578-JAD
Victor Michael Matichko, Jr.                                                               Chapter 13
Maryssa Anne Matichko
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                   Page 1 of 1
Date Rcvd: Jun 16, 2022                       Form ID: pdf900                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Victor Michael Matichko, Jr., Maryssa Anne Matichko, 130 Winfield Cir, Greensburg, PA 15601-6754 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Debtor Victor Michael Matichko  Jr. mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6