IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**VICTOR MICHAEL MATICHKO, JR., and**<br>**MARYSSA ANNE MATICHKO,**<br>      Debtors, | No. 18-24578<br>Chapter 13<br><br>Doc. No. 104<br><br>Related to Doc. No. 91 & 100 |
| **RONDA J. WINNECOUR, TRUSTEE,**<br>      Movants,<br><br>vs.<br><br>**VICTOR MICHAEL MATICHKO, JR., and**<br>**MARYSSA ANNE MATICHKO,**<br>      Respondents. | |

FILED
9/23/22 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
       as to creditor _____

☐     Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Chapter 13 Plan dated _____
☒   Amended Chapter 13 Plan dated ***October 7, 2020,***

is modified as follows:

[04/22]          -1-

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

☒ Debtors' Plan payments shall be changed from $*1,896.00* to $*2,150.00* per month, effective ***October, 2022***.

☐ In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before ____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____

may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
   (1) ***Flagstar Bank FSB Claim # 28 governs with all payment change notices implemented.***
   (2) ***The Trustee's Certificate of Default filed August 8, 2022, at document number 91 is resolved by this Order.***

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this <u>23rd</u> day of September, 2022

                                                     jsf

                                         United States Bankruptcy Judge
                                         Jeffery A. Deller

Stipulated by:　　　　　　　　　　　　Stipulated by:

 /s/ Matthew R. Schimizzi　　　　　　　 /s/ James Warmbrodt
Matthew R. Schimizzi, Esquire　　　　James Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　*Via email September 21, 2022*

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victor Michael Matichko, Jr.  
Maryssa Anne Matichko  
    Debtors

Case No. 18-24578-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Sep 23, 2022     Form ID: pdf900     Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Victor Michael Matichko, Jr., Maryssa Anne Matichko, 130 Winfield Cir, Greensburg, PA 15601-6754 |
| 14955306 | + | Clearview FCU, PO Box 1289, Coraopolis, PA 15108-1289 |
| 14955320 | | Keith Gjebre, DMD, 510 Pellis Rd # 102, Greensburg, PA 15601-4583 |
| 14955325 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 1750 Elm St Ste 1200, Manchester, NH 03104-2907 |
| 14955326 | + | Timothy Ruffner, 303 Sycamore St., Vandergrift, PA 15690-1427 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Sep 23 2022 23:21:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2022 23:32:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14972220 | | Email/Text: bnc@atlasacq.com | Sep 23 2022 23:21:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14955294 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | Abercrombie and Fitch - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14955295 | | Email/Text: bankruptcy@rentacenter.com | Sep 23 2022 23:21:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14955296 | | Email/Text: ally@ebn.phinsolutions.com | Sep 23 2022 23:21:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14955297 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 23 2022 23:21:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 14955298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2022 23:32:48 | Best Buy - CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14955299 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 23 2022 23:21:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14955304 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | CCB/CHLDPLCE, PO Box 182120, Columbus, OH 43218-2120 |
| 14955324 | | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2022 23:21:00 | TBOM/CONTFIN, PO Box 8099, Newark, DE 19714-8099 |
| 14955300 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 23:32:38 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14955301 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 23 2022 23:32:48 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14964778 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2022 23:32:43 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14971204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 23:32:37 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14955302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 23:32:42 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14955303 | | Email/PDF: gecsedi@recoverycorp.com | Sep 23 2022 23:32:38 | CareCredit - Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14955305 | | Email/Text: bzern@celticbank.com | Sep 23 2022 23:21:00 | Celtic Bank Corp, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14989842 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2022 23:32:40 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14955308 | | Email/Text: bankruptcy@clearviewfcu.org | Sep 23 2022 23:21:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14955307 | | Email/Text: bankruptcy@clearviewfcu.org | Sep 23 2022 23:21:00 | Clearview FCU, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14955309 | + | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2022 23:21:00 | Continental Financial Co, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 14955310 | | Email/Text: ccusa@ccuhome.com | Sep 23 2022 23:21:00 | Credit Collections USA, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14955311 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2022 23:32:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14955312 | | Email/Text: mrdiscen@discover.com | Sep 23 2022 23:21:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14955315 | | Email/Text: jill@ffcc.com | Sep 23 2022 23:21:00 | First Federal Credit Control, 24700 Chagrin Blvd # 205, Cleveland, OH 44122-5630 |
| 14989320 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 23 2022 23:21:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14955313 | | Email/Text: bncnotifications@pheaa.org | Sep 23 2022 23:21:00 | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14955314 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 23 2022 23:21:00 | Fingerhut - Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14955316 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2022 23:32:38 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14955317 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2022 23:32:47 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14955318 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 23 2022 23:21:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 14955319 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 23 2022 23:21:00 | Gettington - Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14966100 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2022 23:32:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14994750 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 23 2022 23:21:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14990318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 23:32:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14973348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 23:32:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14956467 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 23 2022 23:32:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14976741 | + | Email/Text: ebnpeoples@grblaw.com | Sep 23 2022 23:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14955321 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | Petland - Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 14967374 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2022 23:21:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14955322 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 23 2022 23:21:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 14960338 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14960337 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14984830 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14984829 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14989760 | + | Email/Text: bncmail@w-legal.com | Sep 23 2022 23:21:00 | Scolopax, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14955323 | | Email/Text: asmith@securitycreditservicesllc.com | Sep 23 2022 23:21:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 15033449 | | Email/Text: bncnotifications@pheaa.org | Sep 23 2022 23:21:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14955328 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 23:21:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14955327 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 23:21:00 | Verizon, 500 Technology Dr # 300, Weldon Spring, MO 63304-2225 |
| 14983966 | | Email/PDF: ebn_ais@aisinfo.com | Sep 23 2022 23:32:39 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14955329 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 23:21:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14955330 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | Victoria Secret - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14973050 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 59

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Debtor Victor Michael Matichko  Jr. mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6