FILED
9/23/22 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: )<br>**VICTOR MICHAEL MATICHKO, JR., and**<br>**MARYSSA ANNE MATICHKO,** )<br>Debtors, ) | No. 18-24578<br>Chapter 13 |
| **VICTOR MICHAEL MATICHKO, JR., and**<br>**MARYSSA ANNE MATICHKO,** )<br>Movants, )<br>vs. )<br>**RONDA J. WINNECOUR, TRUSTEE,** )<br>Respondent. ) | Doc. No. 105<br>Related to Doc. No. 99 |

## ORDER OF COURT

AND NOW, to wit, this __23rd__ day of September, 2022, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtors; upon consideration of Debtors' Motion to Withdraw Amended Plan dated September 14, 2022 and with the consent of the Trustee, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Amended Plan dated September 14, 2022, filed at document number 99, is withdrawn, due to the filing of a Stipulated Order Modifying Plan filed at document number 104 which resolves the Trustee's Certificate of Default filed at document number 91.

BY THE COURT:

jsf

_____
Jeffery A. Deller, Judge
United States Bankruptcy Court

CONSENTING:

James Warmbrodt, Esquire
*Via email on September 22, 2022*

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victor Michael Matichko, Jr.  
Maryssa Anne Matichko  
    Debtors

Case No. 18-24578-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 23, 2022      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Victor Michael Matichko, Jr., Maryssa Anne Matichko, 130 Winfield Cir, Greensburg, PA 15601-6754 |
| 14955306 | + | Clearview FCU, PO Box 1289, Coraopolis, PA 15108-1289 |
| 14955320 | | Keith Gjebre, DMD, 510 Pellis Rd # 102, Greensburg, PA 15601-4583 |
| 14955325 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 1750 Elm St Ste 1200, Manchester, NH 03104-2907 |
| 14955326 | + | Timothy Ruffner, 303 Sycamore St., Vandergrift, PA 15690-1427 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Sep 23 2022 23:21:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2022 23:32:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14972220 | | Email/Text: bnc@atlasacq.com | Sep 23 2022 23:21:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14955294 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | Abercrombie and Fitch - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14955295 | | Email/Text: bankruptcy@rentacenter.com | Sep 23 2022 23:21:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14955296 | | Email/Text: ally@ebn.phinsolutions.com | Sep 23 2022 23:21:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14955297 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 23 2022 23:21:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 14955298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2022 23:32:48 | Best Buy - CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14955299 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 23 2022 23:21:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14955304 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | CCB/CHLDPLCE, PO Box 182120, Columbus, OH 43218-2120 |
| 14955324 | | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2022 23:21:00 | TBOM/CONTFIN, PO Box 8099, Newark, DE 19714-8099 |
| 14955300 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 23:32:46 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14955301 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 23 2022 23:32:47 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |

Case 18-24578-JAD    Doc 109    Filed 09/25/22    Entered 09/26/22 00:22:22    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14964778 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2022 23:32:43 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14971204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 23:32:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14955302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 23:32:38 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14955303 | | Email/PDF: gecsedi@recoverycorp.com | Sep 23 2022 23:32:38 | CareCredit - Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14955305 | | Email/Text: bzern@celticbank.com | Sep 23 2022 23:21:00 | Celtic Bank Corp, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14989842 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2022 23:32:48 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14955308 | | Email/Text: bankruptcy@clearviewfcu.org | Sep 23 2022 23:21:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14955307 | | Email/Text: bankruptcy@clearviewfcu.org | Sep 23 2022 23:21:00 | Clearview FCU, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14955309 | + | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2022 23:21:00 | Continental Financial Co, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 14955310 | | Email/Text: ccusa@ccuhome.com | Sep 23 2022 23:21:00 | Credit Collections USA, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14955311 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2022 23:32:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14955312 | | Email/Text: mrdiscen@discover.com | Sep 23 2022 23:21:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14955315 | | Email/Text: jill@ffcc.com | Sep 23 2022 23:21:00 | First Federal Credit Control, 24700 Chagrin Blvd # 205, Cleveland, OH 44122-5630 |
| 14989320 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 23 2022 23:21:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14955313 | | Email/Text: bncnotifications@pheaa.org | Sep 23 2022 23:21:00 | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14955314 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 23 2022 23:21:00 | Fingerhut - Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14955316 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2022 23:32:38 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14955317 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2022 23:32:38 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14955318 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 23 2022 23:21:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 14955319 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 23 2022 23:21:00 | Gettington - Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14966100 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2022 23:32:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14994750 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 23 2022 23:21:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14990318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 23:32:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14973348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 23:32:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14956467 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 23 2022 23:32:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 18-24578-JAD   Doc 109   Filed 09/25/22   Entered 09/26/22 00:22:22   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14976741 | + | Email/Text: ebnpeoples@grblaw.com | Sep 23 2022 23:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14955321 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | Petland - Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 14967374 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2022 23:21:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14955322 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 23 2022 23:21:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 14960338 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14960337 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14984830 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14984829 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2022 23:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14989760 | + | Email/Text: bncmail@w-legal.com | Sep 23 2022 23:21:00 | Scolopax, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14955323 | | Email/Text: asmith@securitycreditservicesllc.com | Sep 23 2022 23:21:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 15033449 | | Email/Text: bncnotifications@pheaa.org | Sep 23 2022 23:21:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14955328 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 23:21:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14955327 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 23:21:00 | Verizon, 500 Technology Dr # 300, Weldon Spring, MO 63304-2225 |
| 14983966 | | Email/PDF: ebn_ais@aisinfo.com | Sep 23 2022 23:32:43 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14955329 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 23:21:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14955330 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 23 2022 23:21:00 | Victoria Secret - Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| cr | \*+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | \*+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14973050 | \*P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 59 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2022                                Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Debtor Victor Michael Matichko  Jr. mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6