**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VICTOR MICHAEL MATICHKO, JR.<br>MARYSSA ANNE MATICHKO | Case No. 18-24578JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FLAGSTAR BANK FSB<br><br>Respondents | Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    REASON UNCLEAR, IT APPEARS DEBTOR MAY HAVE RECEIVED ASSISTANCE FUNDS TO BRING THE  MORTGAGE CURRENT.

| | |
|---|---|
| FLAGSTAR BANK FSB<br>BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | Court claim# 28/Trustee CID# 6 |

The Movant further certifies that on 12/28/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>VICTOR MICHAEL MATICHKO, JR., MARYSSA ANNE MATICHKO, 130 WINFIELD CIR, GREENSBURG, PA 15601-6754 | DEBTOR'S COUNSEL:<br>MATTHEW SCHIMIZZI ESQ, KEYSTONE COMMONS, 35 WEST PITTSBURGH ST, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR:<br>FLAGSTAR BANK FSB, BANKRUPTCY DEPT, 5151 CORPORATE DR, TROY, MI 48098-2639 | ORIGINAL CREDITOR'S COUNSEL:<br>BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR: | |