**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
VICTOR MICHAEL MATICHKO, JR.
MARYSSA ANNE MATICHKO

Case No. 18-24578JAD

           Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

           Movant
   vs.
FLAGSTAR BANK FSB

Document No __

           Respondents

**NOTICE OF FUNDS ON RESERVE**

  The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    REASON UNCLEAR, IT APPEARS DEBTOR MAY HAVE RECEIVED ASSISTANCE
    FUNDS TO BRING THE  MORTGAGE CURRENT.

FLAGSTAR BANK FSB
BANKRUPTCY DEPT
5151 CORPORATE DR
TROY, MI 48098-2639

Court claim# 28/Trustee CID# 46

The Movant further certifies that on 12/28/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
VICTOR MICHAEL MATICHKO, JR., MARYSSA ANNE MATICHKO, 130 WINFIELD CIR, GREENSBURG, PA 15601-6754

DEBTOR'S COUNSEL:
MATTHEW SCHIMIZZI ESQ, KEYSTONE COMMONS, 35 WEST PITTSBURGH ST, GREENSBURG, PA  15601

ORIGINAL CREDITOR:
FLAGSTAR BANK FSB, BANKRUPTCY DEPT, 5151 CORPORATE DR, TROY, MI 48098-2639

ORIGINAL CREDITOR'S COUNSEL:
BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR: