**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/22/2023

IN RE:

VICTOR MICHAEL MATICHKO, JR.
MARYSSA ANNE MATICHKO
130 WINFIELD CIR
GREENSBURG, PA 15601-6754
XXX-XX-6648          Debtor(s)

XXX-XX-4035

Case No. 18-24578 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/22/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim | INT % / Comment | CRED DESC / Account No. |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9882 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 3<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FLAGSTAR/PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 5<br>Court Claim Number: 6<br>CLAIM: 9,552.92<br>COMMENT: SURR/PL*32738@6%/PL*$18,625/CL*W/43 | INT %: 6.00% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8488 |
| **FLAGSTAR BANK FSB**<br>BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | Trustee Claim Number: 6<br>Court Claim Number: 28<br>CLAIM: 0.00<br>COMMENT: CL28GOV W NMPC*DKT4LMT*BGN 12/18*NTC-RSV*DKT | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1982 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 7<br>Court Claim Number: 1<br>CLAIM: 261.19<br>COMMENT: NO ACCT~COMENITY BANK~ABERCROMBIE AND FITCH/SCH | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0373 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | Trustee Claim Number: 8<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9<br>Court Claim Number: 16<br>CLAIM: 18,532.06<br>COMMENT: NO ACCT~NO$/SCH*ALLY FINANCIAL/SCH*DEFICIENCY | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1049 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 10<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH*CLM@CID 51 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 644.07<br>COMMENT: NO ACCT/SCH*BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0481 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,154.57<br>COMMENT: NO ACCT/SCH*9865, 3736/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9865 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,688.79<br>COMMENT: NO ACCT/SCH*8701, 4880/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8701 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 27-2<br>CLAIM: 1,439.54<br>COMMENT: NO ACCT/SCH*SYNCHRONY BANK~CARE CREDIT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9882 |
| **THE CHILDRENS PLACE PLAN++**<br>POB 183015<br>COLUMBUS, OH 43218 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CELTIC BANK**<br>268 SOUTH STATE ST STE 300<br>SALT LAKE CITY, UT 84111 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 4,313.24<br>COMMENT: NO ACCT/SCH*MONEY LOANED*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 11,081.45<br>COMMENT: NO ACCT/SCH*COSIGNER=TIMOTHY G RUFFNER*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3000 |
| **CONTINENTAL FINANCE COMPANY**<br>4550 NEW LINDEN HILL RD STE 400<br>WILMINGTON, DE 19808 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 541.43<br>COMMENT: NO ACCT~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2051 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 26 | CLAIM: 664.59<br>COMMENT: NO$~NO ACCT~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9165 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION**<br>PO BOX 790322<br>ST LOUIS, MO 63179-0322 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 33-3 | CLAIM: 14,863.04<br>COMMENT: NO ACCT~FED LOAN SVCG/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4035 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 248.06<br>COMMENT: NO ACCT~NO$/SCH*WEBBANK~FINGERHUT/SCH*NO PMTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5239 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 419.49<br>COMMENT: REF 3456128204*NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4347 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 1,003.19<br>COMMENT: REF 3456128382*NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1884 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 445.68<br>COMMENT: NO ACCT~GETTINGTON-WEBBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8792 |
| **KEITH GJEBRE DMD**<br>VILLAWOOD PROFESSIONAL CENTER<br>PELLIS ROAD<br>GREENSBURG, PA 15601 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 2,678.71<br>COMMENT: NO ACCT~PETLAND/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9252 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PROGRESSIVE INSURANCE CO**<br>6300 WILSON MILLS RD W33<br>MAYFIELD VILLAGE, OH  44143 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF TEMI**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,426.20<br>COMMENT: NO ACCT~SECURITY CREDIT SVCS/SCH*CHARGED-OFF LEASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6DDB |
| **TBOM RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR  97076 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TIMOTHY RUFFNER**<br>303 SYCAMORE ST<br>VANDERGRIFT, PA  15690-1427 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 3,500.00<br>COMMENT: ALSO LISTED/SCH H | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 439.54<br>COMMENT: NO$~NO ACCT/SCH*ACCOUNT OPENED 12/14/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 72.20<br>COMMENT: NO$~NO ACCT/SCH*ACCOUNT OPENED 4/18/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,292.28<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 429.59<br>COMMENT: NO ACCT~COMENITY BANK-VICTORIA'S SECRET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5985 |
| **CAINE & WEINER**<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS, CA  91411 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **TEMPOE++**<br>1750 ELM ST STE 1200<br><br>MANCHESTER, NH 03104 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 344.00<br>COMMENT: NT/SCH*COMENITY BANK/BON-TON*OPENED 3/4/15*NO PMTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9496 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX 77210 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 14,715.78<br>COMMENT: SURR/PL*NO GEN UNS/SCH*W/5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8488 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 654.74<br>COMMENT: 0007*NT/SCH*NEGATIVE CHECKING BALANCE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 614.63<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5572 |
| **FLAGSTAR BANK FSB**<br>BANKRUPTCY DEPT<br>5151 CORPORATE DR<br><br>TROY, MI 48098-2639 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 28<br><br>CLAIM: 23,559.85<br>COMMENT: CL28GOV*$/CL-PL*THRU 11/18*NTC-RSV*DKT | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1982 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGENT**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 159.34<br>COMMENT: NT/SCH*ACCOUNT OPEN 4/18/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 23<br><br>CLAIM: 429.03<br>COMMENT: ACCT NT/SCH*ABERCROMBIE AND FITCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2284 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 24<br><br>CLAIM: 867.59<br>COMMENT: NT/SCH*MY PLACE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2344 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 25<br><br>CLAIM: 698.90<br>COMMENT: NT/SCH*VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9278 |

| CLAIM RECORDS | | |
|---|---|---|
| **CERASTES LLC**<br>SCOLOPAX LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  2,170.40<br>COMMENT:  NO$~ACCT/SCH@CID 10*BARCLAYS BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5262 |
| **NPRTO NORTH-EAST LLC**<br>256 WEST DATA DR<br><br>DRAPER, UT  84020 | Trustee Claim Number:52 INT %:  0.00%<br>Court Claim Number:31-2<br><br>CLAIM:  1,483.34<br>COMMENT:  NT/SCH*PROGRESSIVE LEASING*UNEXPIRED LEASE*AMD*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0009 |
| **DSO Receipient** | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  N ID 258648 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |