# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VICTOR MICHAEL MATICHKO, JR., and | ) | No. 18-24578-JAD |
| MARYSSA ANNE MATICHKO, | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | Doc. No. |
| | ) | |
| | ) | Related to Doc. No. |
| VICTOR MICHAEL MATICHKO, JR., and | ) | |
| MARYSSA ANNE MATICHKO, | ) | Hearing Date: |
| | ) | |
| Movants, | ) | Hearing Time: |
| | ) | |
| v. | ) | Resp. Deadline: |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
| Respondent. | ) | |

## SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING DEBTORS CONSENT MOTION TO DISMISS CASE WITHOUT PREJUDICE

The undersigned hereby certifies that agreement has been reached with the Respondent regarding the Motion filed contemporaneously herewith.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

- ☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

- X No other order has been filed pertaining to the subject matter of this agreement.

- ☐ The attached document does not require a proposed order.

                            Respectfully submitted:

                            SCHIMIZZI LAW, LLC

Dated: March 31, 2023          BY:   /s/ Matthew R. Schimizzi
                                                  Matthew R. Schimizzi, Esquire PA
                                                  I.D. 307432
                                                  Counsel for Debtors
                                                  Schimizzi Law, LLC
                                                  Keystone Commons  35 W. Pittsburgh St. Greensburg, PA 15601
                                                  Phone:(724) 838-9722
                                                  Fax:    (724) 837-7868
                                                  Email: mrs@schimizzilaw.com