# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>VICTOR MICHAEL MATICHKO, JR., and )<br>MARYSSA ANNE MATICHKO, )<br>      Debtors, )<br>      )<br>      )<br>      )<br>VICTOR MICHAEL MATICHKO, JR., and<br>MARYSSA ANNE MATICHKO, )<br>      Movants, )<br>      )<br>  -vs- )<br>      )<br>RONDA J. WINNECOUR, TRUSTEE )<br>      Respondent. ) | No. 18-24578-JAD<br><br>Chapter 13<br><br>Document No.<br><br>Related to Doc. No. 115<br><br>Motion No. |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Consent Order of Court,** entered on April 4, 2023, was served by U.S. First Class Mail on the parties at the addresses specified on the attached list and on the following party at the following address on April 4, 2023.

    Badger Daylight Corp.
    8930 Motorsports Way
    Brownsburg, IN 46112

    Respectfully submitted:
    SCHIMIZZI LAW, LLC

Date: April 5, 2023    BY:  /s/Matthew R. Schimizzi
    Matthew R. Schimizzi, Esquire
    PA I.D. 307432

    Keystone Commons
    35 West Pittsburgh Street
    Greensburg, PA 15601
    Phone: (724) 838-9722
    Fax:   (724) 837-7868
    Email: mrs@schimizzilaw.com