FILED
4/4/23 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VICTOR MICHAEL MATICHKO, JR., and | ) | No. 18-24578-JAD |
| MARYSSA ANNE MATICHKO, | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | Doc. No. 113 |
| | ) | |
| | ) | Related to Doc. No. |
| VICTOR MICHAEL MATICHKO, JR., and | ) | |
| MARYSSA ANNE MATICHKO, | ) | Hearing Date: |
| | ) | |
| Movants, | ) | Hearing Time: |
| | ) | |
| v. | ) | Resp. Deadline: |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
| Respondent. | ) | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this __4th__ day of _____April_____, 2023, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtors, and with the consent of the Ronda J. Winnecour, Chapter 13 Trustee, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Debtors' Chapter 13 Bankruptcy is dismissed without prejudice pursuant to 11 U.S.C. § 1307(b), subject to the provisions regarding the filing for relief after a voluntary dismissal.

IT IS FURTHER ORDERED that, pursuant to the agreement of the Debtors and Trustee that the funds on reserve held by the Trustee, in addition to all other funds on hand shall be, based on the refunds of payments by Flagstar as set forth in the Notice(s) of Funds on Reserve (at Doc. Nos. 110 and 111), distributed to the remaining creditors to be paid under the Plan, those being general unsecured creditors, pursuant to all relevant provisions of the United States Bankruptcy Code.

IT IS FURTHER ORDERED that the Debtors remain legally liable for all of their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or thirty (30) days after the date of this Order, whichever is later***.

IT IS FURTHER ORDERED that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtors shall immediately serve a copy of this Order on each such employer and entity.

IT IS FURTHER ORDERED that the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

IT IS FURTHER ORDERED that counsel for the Debtors shall give notice to all creditors of this dismissal.

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

CONSENTING:

*/s/ Owen Katz*
Owen Katz, Esquire
Counsel for Chapter 13 Trustee
Via email on March 30, 2023

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 18-24578-JAD

Victor Michael Matichko, Jr.                                                           Chapter 13
Maryssa Anne Matichko
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto       Page 1 of 2
Date Rcvd: Apr 04, 2023       Form ID: pdf900       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Victor Michael Matichko, Jr., 130 Winfield Cir, Greensburg, PA 15601-6754 |
| jdb | | Maryssa Anne Matichko, 130 Winfield Cir, Greensburg, PA 15601-6754 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
    on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com

Matthew R. Schimizzi
    on behalf of Joint Debtor Maryssa Anne Matichko mrs@schimizzilaw.com
    G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;raf@schimizzilaw.com;mattbankruptcy@gmail.com

Matthew R. Schimizzi
    on behalf of Debtor Victor Michael Matichko  Jr. mrs@schimizzilaw.com,
    G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;raf@schimizzilaw.com;mattbankruptcy@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6