**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

VICTOR MICHAEL MATICHKO, JR.
MARYSSA ANNE MATICHKO
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:18-24578 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/27/2018 and confirmed on 03/28/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,410.30 |
| Less Refunds to Debtor | 15.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,394.58 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,810.00 | |
|   Trustee Fee | 3,184.47 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,994.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 49,401.77 | 0.00 | 49,401.77 |
|     Acct: 1982 | | | | |
|   FLAGSTAR BANK FSB | 4,348.73 | 4,348.73 | 0.00 | 4,348.73 |
|     Acct: 1982 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1982 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 9,552.92 | 9,552.92 | 1,281.45 | 10,834.37 |
|     Acct: 8488 | | | | |
| | | | | 64,584.87 |
| **Priority** | | | | |
|   MATTHEW SCHIMIZZI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VICTOR MICHAEL MATICHKO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VICTOR MICHAEL MATICHKO, JR. | 15.72 | 15.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCHIMIZZI LAW LLC | 1,810.00 | 1,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | ***NONE*** | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 261.19 | 25.93 | 0.00 | 25.93 |
| Acct: 0373 | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 18,532.06 | 1,840.17 | 0.00 | 1,840.17 |
| Acct: 1049 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 644.07 | 63.96 | 0.00 | 63.96 |
| Acct: 0481 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,154.57 | 313.24 | 0.00 | 313.24 |
| Acct: 9865 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,688.79 | 167.69 | 0.00 | 167.69 |
| Acct: 8701 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,439.54 | 142.94 | 0.00 | 142.94 |
| Acct: 9882 | | | | |
| THE CHILDRENS PLACE PLAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CELTIC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLEARVIEW FCU** | 4,313.24 | 428.29 | 0.00 | 428.29 |
| Acct: 1000 | | | | |
| CLEARVIEW FCU** | 11,081.45 | 1,100.35 | 0.00 | 1,100.35 |
| Acct: 3000 | | | | |
| CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 541.43 | 53.77 | 0.00 | 53.77 |
| Acct: 2051 | | | | |
| LVNV FUNDING LLC | 664.59 | 65.99 | 0.00 | 65.99 |
| Acct: 9165 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 14,863.04 | 1,475.85 | 0.00 | 1,475.85 |
| Acct: 4035 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 248.06 | 24.63 | 0.00 | 24.63 |
| Acct: 5239 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 419.49 | 41.65 | 0.00 | 41.65 |
| Acct: 4347 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,003.19 | 99.61 | 0.00 | 99.61 |
| Acct: 1884 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 445.68 | 44.26 | 0.00 | 44.26 |
| Acct: 8792 | | | | |
| KEITH GJEBRE DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 2,678.71 | 265.99 | 0.00 | 265.99 |
| Acct: 9252 | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE O | 1,426.20 | 141.62 | 0.00 | 141.62 |
| Acct: 6DDB | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 439.54 | 43.64 | 0.00 | 43.64 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 72.20 | 7.17 | 0.00 | 7.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 2,292.28 | 227.62 | 0.00 | 227.62 |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 429.59 | 42.66 | 0.00 | 42.66 |
| Acct: 5985 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 344.00 | 34.16 | 0.00 | 34.16 |
| Acct: 9496 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 14,715.78 | 1,461.23 | 0.00 | 1,461.23 |
| Acct: 8488 | | | | |
| CLEARVIEW FCU** | 654.74 | 65.01 | 0.00 | 65.01 |
| Acct: 1000 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 614.63 | 61.03 | 0.00 | 61.03 |
| Acct: 5572 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 159.34 | 15.82 | 0.00 | 15.82 |
| Acct: 0002 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 429.03 | 42.60 | 0.00 | 42.60 |
| Acct: 2284 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 867.59 | 86.15 | 0.00 | 86.15 |
| Acct: 2344 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 698.90 | 69.40 | 0.00 | 69.40 |
| Acct: 9278 | | | | |
| CERASTES LLC | 2,170.40 | 215.52 | 0.00 | 215.52 |
| Acct: 5262 | | | | |
| NPRTO NORTH-EAST LLC | 1,483.34 | 147.29 | 0.00 | 147.29 |
| Acct: 0009 | | | | |
| MRS. MATICHKO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY RUFFNER | 3,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9882 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TEMPOE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,815.24 |

TOTAL PAID TO CREDITORS                                                                                 73,400.11

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 13,901.65 |
| UNSECURED | 92.276.66 |

Date: 06/02/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com